# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BLACK & VEATCH CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 13-0156-WS-B |
| ) | |
| STRONGWELL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the defendant's motion to transfer venue. (Doc. 30). The plaintiff joins in the motion. (Doc. 36). Accordingly, and for the reasons set forth therein, the motion to transfer venue is **granted**. This action is **transferred** to the Western District of Missouri.

DONE and ORDERED this 30th day of September, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE